# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                CASE NO.   3:04mj152

BARBARA BRANTLEY

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on     January 23, 2005
Type of Motion/Pleading: MOTION TO REDUCE AND MODIFY SENTENCE
Filed by:   Defendant         on   ~~10/20/05~~ 1/20/06 Document   15

( )   Stipulated/Consented/Joint Pleading

RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

_Irma McCain-Coby_
Deputy Clerk: Irma McCain-Coby

## ORDER

Upon consideration of the foregoing, it is ORDERED this __23rd__ day of __January__, 2006, that:

(a)   The requested relief is GRANTED/(DENIED)
(b)   This court does not have jurisdiction to grant Defendant's motion.

ELIZABETH M. TIMOTHY
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCP
Copies sent to:_____

06 JAN 24 PM 4:16

Document No.

FILED